UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACQULYNN WITHAM,<br><br>                Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>                Defendant. | No.  CV-05-0070-MWL<br><br>ORDER FOR STIPULATED REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings.  (Ct. Rec. 17).  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 12).

    Based upon the stipulation of the parties, it is hereby **ORDERED** that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, including a new hearing and a new decision.  On remand, the administrative law judge ("ALJ") shall:  1) make a specific finding as to the amount of the overpayment, if any; 2) enter into the record Plaintiff's application for disability insurance benefits and disability

ORDER FOR STIPULATED REMAND - 1

1  report both dated August 14, 1992; and 3) make a specific finding
2  as to the credibility of Plaintiff's testimony and reports.
3      Plaintiff may present new arguments and evidence, and the ALJ
4  may perform further development and conduct further proceedings as
5  necessary.
6      **IT IS FURTHER ORDERED**:  Judgment shall be entered for the
7  **PLAINTIFF**.  An application for attorney fees may be filed by
8  separate motion.  The District Court Executive is directed to
9  enter this Order, forward copies to counsel, and thereafter shall
10 close this file.
11
12      DATED this 14th day of November 2005.
13
14                              S/ Michael W. Leavitt
                                MICHAEL W. LEAVITT
15                          UNITED STATE MAGISTRATE JUDGE